UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shanna Jo Maxwell et al v. Bayer Pharma AG et al* | No. 11-cv-12319-DRH |
| *Heather Maybin v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12782-DRH |
| *Molly M. McCann v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12280-DRH |
| *Sara McClure v. Bayer Pharma AG et al* | No. 11-cv-12511-DRH |
| *Phyllis A. Meadows v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12964-DRH |
| *Azucena Medina v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11369-DRH |
| *Shirley Moody v. Bayer Corporation et al* | No. 12-cv-11035-DRH |
| *Cindi Mumbauer v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11183-DRH |
| *Christine Nehring v. Bayer Corporation et al* | No. 10-cv-10022-DRH |
| *Heather Nelson v. Bayer Corporation et al* | No. 10-cv-10753-DRH |
| *Oghogho Onosode v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10032-DRH |
| *Kristy W. Pearce et al v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13781-DRH |
| *Brandy Peel et al v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-10644-DRH |
| *Zaida L. Perez et al v. Bayer Pharmaceuticals Corporation et al* | No. 10-cv-12240-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 5, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 6, 2014

Digitally signed by David R. Herndon
Date: 2014.08.06 15:53:36 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT

2